**ORIGINAL**

CHARLES F. PREUSS (State Bar No. 45783)
MICHAEL J. STORTZ (State Bar No. 139386)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

E-filing

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHARLES FOWLER,

    Plaintiff,

v.

SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE; McKESSON
PHARMACY SYSTEMS; and DOES 1
through 15, inclusive,

    Defendants.

Case No. CV 08 1752 EMC

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**
[CIV. L.R. 3-13]

Pursuant to Civil L.R. 3-13, defendant SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") submits the following Notice of Pendency of Other Action or Proceeding:

On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, directing that then-pending Avandia®-related cases be transferred and coordinated for pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C. §1407. To date, nearly 50 cases have been transferred to MDL 1871, and transfers of

additional "tag-along" actions are pending. GSK seeks the transfer of this action to MDL 1871. Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court stay this action, pending a decision on transfer by the JPML, to achieve judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve judicial resources, and promote an efficient determination of the action.

Please take note that, in addition to MDL 1871, the following state court actions also allege marketing, sales practice and/or product liability claims against Smithkline Beecham Corporation d/b/a GlaxoSmithKline, related to the use of the prescription drug Avandia:

1. *Barnes, Sydney, Barnes, Sue Ellen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

2. *Burford, Karen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

3. *Bosak, Kenneth, Bosak, Patricia v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 000521;

4. *Carrassquillo, Jose v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

5. *Cearley, Travis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003877;

6. *Cox, Sr., Robert v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Superior Court of New Jersey, Atlantic County, No. 2-691-08;

7. *Fabyankovic, Janet v. SmithKline Beecham Corporation, McKesson Corporation and Does 1 through 15*, Superior Court for the State of California, San

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Francisco County, No. 08-471571;

8. *Fowler, Charles v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does One through Fifteen, inclusive*, Superior Court of the State of California, San Francisco County, No. 08-472715;

9. *Garcia, Yolanda v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 001967;

10. *Hall, Charles, Hall Susan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002712;

11. *Hunter, Raymond v. GlaxoSmithKline, SmithKline Beecham Corporation, and GlaxoSmithKline PLC*, Court of Common Pleas, Philadelphia County, No. 000574;

12. *Kelly, Joseph v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Supreme Court of the State of New York, Erie County, No. 12007-11066;

13. *Killinger, Cheryl v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

14. *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC*, Court of Common Pleas, Philadelphia County, No. 004897;

15. *Lloyd, Linda, Lloyd, Michael (Estate of) v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Third Judicial Circuit, Salt Lake County, Utah, Case No. 070913924;

16. *Massey, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

17. *McClure, Benjamin, McClure, Susan v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004431;

18. *Meneese, Leola; Meneese, Sharon v. SmithKline Beecham Corporation*

1  d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does one through Fifteen,
2  Superior Court of the State of California, San Francisco County, No. 08-472716;
3    19.  *Parks, Josephine v. SmithKline Beecham Corporation, et al.*, Court of
4  Common Pleas, Philadelphia County, No. 001670;
5    20.  *Perrenot, Preston v. SmithKline Beecham Corporation d/b/a
6  GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002454;
7    21.  *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court
8  of Common Pleas, Philadelphia County, No. 002457;
9    22.  *Tartack, Nancy, Tartack, Louis v. SmithKline Beecham Corporation,
10  GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court
11  of Common Pleas, Philadelphia County, No. 004010;
12    23.  *Thomas, Samuel, Thomas Ruth Ann v. SmithKline Beecham Corporation
13  d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002483;
14    24.  *Tuley, Dorothy v. SmithKline Beecham Corporation d/b/a
15  GlaxoSmithKline*, Circuit Court of Cook County, Illinois;
16    25.  *Tuley, Noah (Estate of) v. SmithKline Beecham Corporation d/b/a
17  GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002180;
18    26.  *White, Glenn v. SmithKline Beecham Corp., GlaxoSmithKline, and
19  SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas,
20  Philadelphia County, No. 003674;
21    27.  *Wright, Michelle v. SmithKline Beecham Corporation d/b/a
22  GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons
23  only);
24    28.  *Yeager, Elizabeth, et al. v. SmithKline Beecham Corporation,
25  GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court
26  of Common Pleas, Philadelphia County, No. 004055; and
27  ///
28  ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1  29.  *Yogus, William, Yogus, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003669.

Dated: April 1, 2008

DRINKER BIDDLE & REATH LLP

*/s/ Krista L. Cosner/* for

KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION