ORIGINAL

CHARLES F. PREUSS (State Bar No. 45783)
MICHAEL J. STORTZ (State Bar No. 139386)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

E-filing

FILED
08 APR -1 PM 3: 46

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMC

CV 08 1752

| | |
|---|---|
| CHARLES FOWLER, | Case No. |
| Plaintiff, | DISCLOSURE STATEMENT OF GLAXOSMITHKLINE |
| v. | [F.R.C.P. 7.1] |
| SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; McKESSON PHARMACY SYSTEMS; and DOES 1 through 15, inclusive, | |
| Defendants. | |

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

///
///
///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396257\1     DISCLOSURE STATEMENT OF GLAXOSMITHKLINE     CASE NO.

1   GlaxoSmithKline plc, a publicly traded company, is the ultimate parent
2   corporation, through several levels of wholly owned subsidiaries, of defendant,
3   SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE.  No publicly
4   held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: April / , 2008                      DRINKER BIDDLE & REATH LLP

_____
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396257\1

2

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                                    CASE NO.