ORIGINAL

FILED
08 APR -1 PM 3: 46
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

1   CHARLES F. PREUSS (State Bar No. 45783)
2   MICHAEL J. STORTZ (State Bar No. 139386)
    KRISTA L. COSNER (State Bar No. 213338)
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, California 94105
    Telephone: (415) 591-7500
5   Facsimile: (415) 591-7510

E-filing

6   Attorneys for Defendants
    SMITHKLINE BEECHAM CORPORATION dba
7   GLAXOSMITHKLINE and McKESSON
    CORPORATION

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12   CHARLES FOWLER,                    CV    Case No.    1752 MC

13                  Plaintiff,          DISCLOSURE STATEMENT OF
                                        McKESSON CORPORATION
14        v.                            [F.R.C.P. 7.1]

15   SMITHKLINE BEECHAM
     CORPORATION dba
16   GLAXOSMITHKLINE; McKESSON
     PHARMACY SYSTEMS; and DOES 1
17   through 15, inclusive,

18                  Defendants.

19

20        The undersigned, counsel of record for Defendant McKESSON CORPORATION

21   (improperly sued as McKesson Pharmacy Systems) furnishes the following in

22   compliance with Federal Rule of Civil Procedure 7.1.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1    McKESSON CORPORATION, a publicly traded company, is the ultimate parent

2    corporation, through several levels of wholly owned subsidiaries, of defendant,

3    McKESSON CORPORATION.  No publicly held company owns ten percent or more of

4    the stock of McKESSON CORPORATION.

5

6    Dated: April  /, 2008                    DRINKER BIDDLE & REATH LLP

7                                              KRISTA L. COSNER

8

9                                              Attorneys for Defendants
                                              SMITHKLINE BEECHAM
10                                             CORPORATION dba
                                              GLAXOSMITHKLINE and McKESSON
11                                             CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396256\1

DISCLOSURE STATEMENT OF MCKESSON                                    CASE NO.