ORIGINAL

CHARLES F. PREUSS (State Bar No. 45783)
MICHAEL J. STORTZ (State Bar No. 139386)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

E-filing

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES FOWLER,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; McKESSON PHARMACY SYSTEMS; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. CV 08 1752<br><br>**DEMAND FOR JURY TRIAL** |

Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION (improperly sued as McKesson Pharmacy Systems) hereby demand trial by jury in this action.

Dated: April 1, 2008

DRINKER BIDDLE & REATH LLP

KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396254\1

DEMAND FOR JURY TRIAL                                          CASE NO.