ORIGINAL

E-filing

FILED
08 APR -1 PM 3:47

1  CHARLES F. PREUSS (State Bar No. 45783)
   MICHAEL J. STORTZ (State Bar No. 139386)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8            UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11
12 CHARLES FOWLER,                    CV Case No. 08  1752
13        Plaintiff,                  DEFENDANTS' CERTIFICATION OF
                                      INTERESTED ENTITIES OR
14   v.                               PERSONS
                                      [CIV. L.R. 3-16]
15 SMITHKLINE BEECHAM
   CORPORATION dba
16 GLAXOSMITHKLINE; McKESSON
   PHARMACY SYSTEMS; and DOES 1
17 through 15, inclusive,
18        Defendants.

EMC

19
20     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
21 persons, associations of persons, firms, partnerships, corporations (including parent
22 corporations) or other entities (i) have a financial interest in the subject matter in
23 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
24 subject matter or in a party that could be substantially affected by the outcome of this
25 proceeding:
26     Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a
27 GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the
28 ultimate parent corporation.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396258\1     DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS        CASE NO.

1  Defendant McKESSON CORPORATION (improperly sued as McKesson
2  Pharmacy Systems) knows of no such interest other than that of the named parties.
3
4  Dated: April /, 2008                    DRINKER BIDDLE & REATH LLP
5
                                           _____
6                                          KRISTA L. COSNER
7                                          Attorneys for Defendants
                                           SMITHKLINE BEECHAM
8                                          CORPORATION dba
                                           GLAXOSMITHKLINE and McKESSON
9                                          CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396258\1

2
DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS             CASE NO.