ORIGINAL

E-filing

FILED
08 APR -1 PM 3:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  CHARLES F. PREUSS (State Bar No. 45783)
   MICHAEL J. STORTZ (State Bar No. 139386)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
6  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
7  GLAXOSMITHKLINE and McKESSON
   CORPORATION
8
                UNITED STATES DISTRICT COURT      EMC
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION     CV 08  1752
11
12 CHARLES FOWLER,                    Case No.
13              Plaintiff,             **CERTIFICATE OF SERVICE**
14        v.
15 SMITHKLINE BEECHAM
   CORPORATION dba
16 GLAXOSMITHKLINE; McKESSON
   PHARMACY SYSTEMS; and DOES 1
17 through 15, inclusive,
18              Defendants.

---

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397347\1    CERTIFICATE OF SERVICE                          CASE NO.

1  I, LEE ANN L. ALLDRIDGE, declare that:

2  I am at least 18 years of age, and not a party to the above-entitled action. My
3  business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105,
4  Telephone: (415) 591-7500.

5  On April 1, 2008, I caused to be served the following document(s):

6  **1. CIVIL CASE COVER SHEET;**

7  **2. NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE;**

8  

9  

10  **3. DECLARATION OF KRISTA L. COSNER IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL, UNDER 28 U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE;**

11  

12  

13  **4. NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS; [CIV. L.R. 83-1.4];**

14  **5. DISCLOSURE STATEMENT OF McKESSON CORPORATION [F.R.C.P. 7.1];**

15  

16  **6. DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE [F.R.C.P. 7.1];**

17  

18  **7. DEMAND FOR JURY TRIAL; and**

19  **8. DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES[CIV. L.R. 7.1-1].**

20  by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:
21  
22  ☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

23  

24  

25  

26  ☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

27  ☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:
28  

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397347\1

CERTIFICATE OF SERVICE                              CASE NO.

1  ☐  BY FACSIMILE: I caused such documents to be transmitted by facsimile
2     transmission and mail as indicated above.

3  Nancy Hersh
   Mark E. Burton, Jr.
4  Rachel Abrams
   Cynthia Brown
5  HERSH & HERSH
   601 Van Ness Avenue, Suite 2080
6  San Francisco, CA 94102
   Telephone: (415) 441-5544
7

8     I declare under penalty of perjury under the laws of the United States of America
9  that the above is true and correct. Executed on April 1, 2008 at San Francisco, California.

10
11                                              _____
                                                LEE ANN L. ALLDRIDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397347\1

CERTIFICATE OF SERVICE

3

CASE NO.