Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5·14·08
ATTEST: Tom Dorsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 23 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION            MDL No. 1871

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-15)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 113 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

## SCHEDULE CTO-15 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA CENTRAL
   CAC  2  08-2161              James Stepp v. SmithKline Beecham Corp.
   CAC  2  08-2162              James Osborne v. SmithKline Beecham Corp.

CALIFORNIA EASTERN
   CAE  2  08-718               George Louie, et al. v. SmithKline Beecham Corp.

CALIFORNIA NORTHERN
   CAN  3  08-1752              Charles Fowler v. SmithKline Beecham Corp., et al.
   CAN  3  08-1753              Leola Meneese, etc. v. SmithKline Beecham Corp., et al.

ILLINOIS NORTHERN
   ILN  1  08-1983              Dorothy Tuley, etc. v. SmithKline Beecham Corp.
   ILN  3  08-50058             Lorita Aldana-Haywood v. SmithKline Beecham Corp.

INDIANA NORTHERN
   INN  1  08-95                Larry Richard McCutcheon, et al. v. SmithKiline Beenham Corp.

LOUISIANA EASTERN
   LAE  2  08-1507              Queenesther B. Riley, et al. v. SmithKline Beecham Corp.
   LAE  2  08-1508              Gary Brunies, et al. v. SmithKline Beecham Corp.
   LAE  2  08-1509              Myrna Berteau v. SmithKline Beecham Corp.
   LAE  2  08-1510              Israel R. Fields, Jr. v. SmithKline Beecham Corp.

NEW JERSEY
   ~~NJ   1  08-1699~~             ~~Robert Cox, Sr. v. SmithKline Beecham Corp.~~   Opposed 4/28/08

NEW YORK SOUTHERN
   NYS 1  08-3411               Wanda Cruz v. SmithKline Beecham Corp., et al.

OHIO NORTHERN
   OHN  1  08-871               Louise Millhouse, etc. v. SmithKline Beecham Corp.

OKLAHOMA WESTERN
   OKW  5  08-306               Joyce Hendrickson, etc. v. SmithKline Beecham Corp.

**MDL No. 1871 - Schedule CTO-15 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TENNESSEE MIDDLE** | |
| TNM 3 08-345 | Pamela Travis, etc. v. SmithKline Beecham Corp. |
| **TEXAS WESTERN** | |
| TXW 5 08-240 | Herminia S. Orta v. SmithKline Beecham Corp. |
| **UTAH** | |
| UT 1 08-34 | Edward Maass, et al. v. GlaxoSmithKline, PLC, et al. |