**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                     415.522.2000

May 20, 2008

US District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

RE: CV 08-01752 MHP  CHARLES FOWLER-v-SMITHKLINE BEECHAM

Dear Clerk,

Pursuant to an MDL Order transferring the above captioned case to your court, transmitted herewith are:

⊠    All docket entries/documents

⊠    Transferral Order

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Simone Voltz
Case Systems Administrator

Enclosures
Copies to counsel of record

May 20, 2008

---

**These instructions are for internal court use only.**
**Do not make these instructions part of the record.**

---

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.